UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-126 DSD

UNITED STATES OF AMERICA,

Plaintiff,

v.

SANFORD A. HATCH,

Defendant,

RE/MAX RESULTS,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about March 8, 2007.

Defendant has now paid the judgment by compromise. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment served on or about March 8, 2007, is released.

Dated: April 9, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court